## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 20, 2007**
**LETTER-ORDER**

Mr. F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      Re:    *Harvill, et al. v. Wyeth, et al*, 4:07-CV-00622
             Motion to Dismiss

Dear Counsel:

I'm inclined to award you some attorney's fees and expenses for Plaintiff's prolonged failure to submit her Fact Sheet.

Please advise me by 5 p.m., Monday, January 7, 2008, if you think you should be awarded fees and expenses; and, if so, how much?

Plaintiffs' counsel will have until 5 p.m., Monday, January 14, 2008, within which to respond.

Merry Holidays to all.

                                        Cordially,

                                        /s/ Wm. R. Wilson, Jr.

P.S.    As I assume you have gathered from above, Defendants' Motion to Dismiss (Doc. No. 6)
         is DENIED.

Original to the Clerk of the Court
cc:    Other Counsel of Record